# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Pierre Burnett III,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)          1:21-mj-0688<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 22, 2021__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii) | Possession with Intent to Deliver Controlled Substances (Cocaine). |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/ David Banas
*Complainant's signature*

David Banas, Special Agent DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __telephone__ *(reliable electronic means)*

Date: Date: 7/23/2021

City and state: Indianapolis, Indiana

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, DEA Special Agent David Banas, being duly sworn under oath, state as follows:

### Affiant Background and Purpose of Affidavit

1.      I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice.  I am an investigative or law enforcement officer within the meaning of Section 2501(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.      I have been employed by the Drug Enforcement Administration (DEA) since 2019. I am currently assigned to the DEA Indianapolis District Office Group 52, Indianapolis, Indiana, and have been so assigned since August 2019.  In connection with my official DEA duties, I investigate criminal violations of the federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846, and 848.  I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code.  I have testified in judicial proceedings and prosecutions for violations of controlled substance laws.  I also have been involved in various types of electronic surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances and of the laundering and concealing of proceeds from drug trafficking in violation of Title 18, United States Code, Section 1956.

3.      I have received training in investigations involving individuals transporting and distributing cocaine, methamphetamine, marijuana, and heroin.  I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances, their use of telephones and digital display paging

devices, and their use of numerical codes and code words to conduct their transactions. I am familiar with and have participated in all of the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, the use of informants, the use of pen registers, the execution of search warrants, and undercover operations.

4.      The statements contained in this Affidavit are based in part on my direct involvement in this investigation; on my experience and background as a Special Agent with the DEA; on information provided by and conversations held with other law enforcement officers, including Special Agents/Task Force Officers of the DEA, officers of the Indianapolis Metropolitan Police Department, and others described below; and on a review of reports and database records. I have not included each and every fact that has been revealed through the course of this investigation. I have set forth only the facts that sufficient to establish probable cause for the issuance of the Complaint.

5.      This affidavit is submitted in support of a criminal complaint charging Pierre BURNETT III (date of birth xx/xx/1996) with Possession with Intent to Distribute Controlled Substances (Cocaine), in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(ii).

**Facts and Circumstances**

6.      In May 2021, Pierre BURNETT III became a target of an investigation by the DEA. During the course of the investigation, law enforcement officers were able to determine that BURNETT III lives at 6664 Maple Grove Drive, Indianapolis, Indiana, by personally observing him leaving from this location.

7.      On Thursday, July 22, 2021, at approximately 10:30 a.m., members of DEA Chicago-High Intensity Drug Trafficking Area (CHIDTA) Group 52 and the Indianapolis Metro Drug Task Force (MDTF) established surveillance at 6664 Maple Grove Drive, Indianapolis, Indiana.

8.      At approximately 3:45 p.m., Detective Dale Young observed BURNETT III exit the apartment door for 6664 Maple Grove Drive with a black trash bag.  Detective Young observed that the trash bag had multiple rectangular sized objects or bricks within the bag.  Based on his training and experience, Det. Young believed the trash bag contained contraband.

9.      Detective Young observed BURNETT III place the black trash bag into a red Dodge Ram 350, bearing Indiana license plate TK548OBN, get into the driver's seat, and depart the parking lot.  BURNETT III was the sole occupant.  According to the Indiana Bureau of Motor Vehicles, the red Dodge Ram 350 is registered to Derreck Burnett at 6823 Winnock Drive, Indianapolis, Indiana.  Through the course of the investigation, it was determined that Derreck Burnett, who is deceased, was BURNETT III's father.

10.     At approximately 3:55 p.m., BURNETT III was observed leaving the Indy Smoke Time at 6034 E. 82nd Street, Indianapolis, Indiana.  At approximately 4:03 p.m., Indiana State Police (ISP) Sergeant Jonathan Haugh observed the red Dodge Ram 350 speeding (55mph in a 30mph zone) as it travelled west on 86th Street in Indianapolis and attempted to conduct a traffic stop at the intersection of East 86th Street and River Crossing Boulevard.  Sergeant Haugh deployed his emergency lights to conduct the stop; however, the red Dodge Ram 350 proceeded to flee from Sergeant Haugh and assisting ISP Officers, headed generally northbound along River Road.

11. The red Dodge Ram 350 continued to flee at a high rate of speed along River Road. ISP officers discontinued the pursuit because BURNETT III almost struck three vehicles at an intersection along the chase route. DEA Special Agent (SA) Matthew Holbrook was able to determine that BURNETT III had an associated address on Cameron Ridge Way in the River Ridge Apartments, which was in the direction where the Dodge Ram was traveling. Agents proceeded to the River Ridge Apartments, where an MDTF member observed the red Dodge Ram 350 in vicinity of 4825 Cameron Ridge Way.

12. Upon arrival of law enforcement, a concerned citizen advised ISP Officer Christopher Ridgeway that he/she saw the driver of the red Dodge Ram 350 exit the vehicle and throw two bags into bushes. Your affiant and Detective Sergeant Scott Brimer located a large black trash bag and an orange backpack in the bushes approximately 30 feet in front of the red Dodge Ram 350.

13. After locating the two bags, Officers and Agents initiated a search for BURNETT III utilizing a K-9 unit. Your affiant, Officer Ridgeway, and Sergeant Haugh observed BURNETT III drop a set of keys from the second-floor balcony of the apartment building located at 4825 Cameron Ridge Way. Officers and Agents pursued BURNETT III and detained BURNETT III on the third-floor balcony of 4825 Cameron Ridge Way. Shortly thereafter, Sergeant Haugh advised BURNETT III of his *Miranda* warnings, of which BURNETT III invoked on the scene.

14. Upon searching BURNETT III's person, Detective Sergeant Scott Brimer located two small clear plastic bags containing approximately 6.7 grams of a white powdery substance (field test positive for cocaine), a black iPhone, and an undetermined amount of United States Currency. The amount appeared in excess of $2000, as they were rubber banded in approximate $1,000 increments.

15. Upon searching the black trash bag from near the Dodge Ram, your affiant located a large undetermined amount of United States Currency, appearing to be approximately $100,000, packaged in several rectangular shapes and banded in the same fashion as the currency found on BURNETT III's person. Also located were approximately 5 pounds (or, approximately 2.26 kilograms) of a white powdery substance (field test positive for cocaine) that was wrapped in various packaging, consistent with the rectangular objects observed initially by Detective Young at 6664 Maple Grove.

16. Upon searching the orange backpack, your affiant located multiple plastic bags containing approximately 9 pounds (or, approximately 4.08 kilograms) of a white powdery substance (field test positive for cocaine). The cocaine was wrapped in various packaging of approximately one-kilogram bricks each, as well as other packaging methods. Your affiant also located approximately 180.0 grams of an off-white rock like substance which appeared to be cocaine base (field test positive for cocaine). The combined weight of the powder cocaine found in the black trash bag and orange backpack was approximately 14.0 pounds (or, approximately 6.34 kilograms). Detective Young noted that the black trash bag appeared to be the same one he observed BURNETT III carrying out of the apartment and place into the red Dodge Ram 350.

17. Law enforcement seized the red Dodge Ram 350 and conducted an inventory. During the course of the inventory of the contents of the red Dodge Ram 350, TFO Gabe Cuevas located the following:

- One (1) Glock 30, Gen 3, .45 caliber semiautomatic handgun, serial number WFN327;
- Black LG Flip Phone which was located in the center console;

- A black bag containing a digital scale and numerous small green plastic baggies which were located in the front passenger floorboard;

18. At approximately 4:54 p.m., Agents made contact with Netashia Grigley, the individual listed on the lease at 6664 Maple Grove Drive, Indianapolis, Indiana. This was the address from which law enforcement observed BURNETT III leave prior to the pursuit. Ms. Grigley provided verbal consent to SA Matthew Holbrook and SA Sean Yauger to search 6664 Maple Grove Drive. Agents also obtained consent from an individual claiming to be paying rent at the location. During the course of the consent search, the following items were found:

- One (1) clear plastic bag containing approximately two grams of a white powdery substance (field test positive for cocaine) which was located in the laundry room;
- One (1) white bottle of lactose which was located in the kitchen. Lactose is a known cutting agent for the purpose of diluting controlled substances to maximize distribution profits;
- A kilogram press and parts which were located in the right bedroom. The press was consistent with the shape of the cocaine bricks recovered;
- A black scale which was located in the kitchen;
- Two black scales which were located in the left bedroom;
- One (1) box of latex gloves which was located in a sitting area off the kitchen;
- Three (3) rolls of black tape which were located in a sitting area off the kitchen;
- Clear plastic bag containing assorted rubber bands which was located in a sitting area off the kitchen;

- Grey air purifying respirator which was located in a sitting area off the kitchen.

19. At approximately 7:20 p.m., Agents and Detectives served a State of Indiana Search Warrant for BURNETT III's apartment located at 4623 Cameron Ridge Drive, Apt. 138, Indianapolis, Indiana under Cause No. 49D24-2107-MC-022602.  BURNETT III is the leaseholder.  During the course of the Search Warrant, the following items were found:

- One (1) cylindrical metallic press which was located in the kitchen by SA Sean Yauger;
- Various documents in BURNETT's name located throughout the residence by SA Sean Yauger.

20. All events occurred in the Southern District of Indiana.

## Conclusion and Request

21.     Based upon my training and experience and the facts set forth herein, I respectfully submit that there is probable cause to believe that, on July 22, 2021, in Indianapolis, Indiana, Pierre BURNETT III committed the offense of Possession with Intent to Distribute Controlled Substances (Cocaine), in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(ii).  Accordingly, I request the Court issue a criminal complaint charging BURNETT III with these offenses and issue a warrant for his arrest.

                                                        s/ David Banas
                                                David Banas, Special Agent
                                                Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1, by telephone.

Date: 7/23/2021

                                                Tim A. Baker
                                                United States Magistrate Judge
                                                Southern District of Indiana